**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000803
25-AUG-2020
01:38 PM

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---o0o---

MAKILA LAND CO., LLC, Plaintiff-Appellant, vs.
HEIRS OR ASSIGNS OF APAA (k), et al., Defendants-Appellees

CAAP-17-0000803

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 02-1-0107(2))

AUGUST 25, 2020

FUJISE, PRESIDING JUDGE, LEONARD AND CHAN, JJ.

ORDER OF CORRECTION
(By:  Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court, filed on April 6, 2020, is hereby corrected as follows:

At page 2, line 2 from bottom replace "Samual" with "Samuel" so that the sentence now reads as follows:

> precinct[.]" Mary Kawena Pukui & Samuel H.
> Elbert, Hawaiian Dictionary 28

At page 24, line 6 from top replace "Keawa" with "Keawe" so that the sentence now reads as follows:

> Keawe Haia, Jr., passed away without any living

At page 28, line 7 from top replace "the" with "that" so that the sentence now reads as follows:

> Specifically, Makila Land asserted that Kapu did not present

At page 28, line 9 from top replace "Keawa" with "Keawe" so that the sentence now reads as follows:

> Keawe Haia, Jr., or Haia Kekai exercised ownership in any way,

At page 43, line 11 from top insert the word "to" after the word "relating" so that the sentence now reads as follows:

> evidence to establish the relevance of probate documents relating to

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, August 25, 2020.

/s/ Katherine G. Leonard
Associate Judge

2